**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:     (406) 657-6101
FAX:       (406) 657-6989
Email:     Lori.Suek@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
SEP 21 2017
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-108-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count I)<br>Title 21 U.S.C. § 846<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| MIGUEL MORALES,<br><br>Defendant. | |
| | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count II)<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |

1

|  | **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That beginning in or before 2016, and continuing through at least October 2016, at Billings, Laurel, the Crow and Northern Cheyenne Indian Reservations, and other locations in the State and District of Montana, and elsewhere, the defendant, MIGUEL MORALES, with others both known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed to distribute, and to possess with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a substance containing a detectable amount methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That beginning in or before 2016, and continuing through at least October 2016, at Billings, Laurel, the Crow and Northern Cheyenne Indian Reservations, and other locations in the State and District of Montana, and elsewhere, the defendant, MIGUEL MORALES, knowingly possessed, with the intent to distribute, 500 or more grams of a substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

/s/ LEIF M. JOHNSON
LEIF M. JOHNSON
Acting United States Attorney

*for:* JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: X
Bail: _____

3