IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL MORALES,<br><br>Defendant. | CR 17-108-BLG-SPW-TJC<br><br>**ORDER REGARDING APPEARANCE OF COUNSEL** |

Defendant appeared before the undersigned on November 7, 2017, to be arraigned on the charges listed in the Indictment. (Doc. 1.) Ruben Munoz, a California attorney not licensed in Montana, appeared as counsel on Defendant's behalf, with L. Sanford Selvey, II acting as local counsel for the purposes of Defendant's arraignment. Mr. Selvey represented that he may have a conflict in this case and therefore may not be able to serve as Defendant's local counsel permanently. Mr. Munoz represented that he has had some difficulty locating an attorney to serve as local counsel but will persist in that effort in the event Mr. Selvey cannot fill that role.

The Court advised Mr. Munoz that, pursuant to the District of Montana Local Rules (*see* L.R. 83, C.R. 1.1), he must find local counsel and must also be

admitted *pro hac vice* in order to continue to represent Defendant in the District of Montana. (*See* L.R. 83.1.) Otherwise, Defendant must either retain counsel licensed in Montana, or request appointment of counsel by providing the Court with a CJA 23 form establishing eligibility for court-appointed counsel. Mr. Munoz acknowledged the requirements. Accordingly,

IT IS ORDERED that, on or before **November 14, 2017**, local counsel shall enter an appearance on Defendant's behalf, whereupon local counsel may then move for the admission of Mr. Munoz *pro hac vice* pursuant to L.R. 83.1(d). If Mr. Munoz is unable to locate an attorney to serve as local counsel by that date, Defendant must either retain counsel licensed in Montana, or request appointment of counsel by providing the Court with a CJA 23 form establishing eligibility for court-appointed counsel. The Clerk of Court is directed to send a copy of this Order to Mr. Selvey at the following address:

    L. Sanford Selvey, II
    Selvey Law Firm
    316 North 33rd Street
    Billings, MT 59101

DATED this 7th day of November, 2017.

                                         TIMOTHY J. CAVAN
                                         United States Magistrate Judge